ADAMS v. MOORE

No. 565P89

Case below: 96 N.C.App. 359

Petition by defendants for discretionary review pursuant to G.S 7A-31 denied 18 January 1990.

ALBERTI v. MANUFACTURED HOMES, INC.

No. 371PA89

Case below: 94 N.C.App. 754

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 18 January 1990.

AMERICAN MULTIMEDIA, INC. v.
FREEDOM DISTRIBUTING, INC.

No. 486P89

Case below: 95 N.C.App. 750

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 18 January 1990.

BARKER v. AGEE

No. 479P89

Case below: 95 N.C.App. 661

Petition by third-party defendant for discretionary review pursuant to G.S. 7A-31 denied 18 January 1990.

BARROW v. MURPHREY

No. 500P89

Case below: 95 N.C.App. 738

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 18 January 1990.